# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-661-1008
anne@leelitigation.com

February 18, 2020

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Teran v. Nai Tapas Restaurant Corp., et al.*
Case No. 19-cv-10134

Dear Judge Wang:

    We are counsel to Plaintiff in the above-referenced matter. We write, on consent of counsel for Defendants, to respectfully request that the initial conference, scheduled for March 5, 2020, be briefly adjourned to a date on or after March 11, 2020.

    The reason for the adjournment request is that I will be on vacation out-of-state from March 5, 2020 – March 10, 2020.

    This is the first request to adjourn the initial conference. Defendants' counsel consents to the request.

    We thank the Court for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

---

**Application GRANTED.** The March 5 initial case management conference is hereby adjourned to Wednesday, March 25, 2020 at 12:00 p.m. The parties' Rule 26(f) Report and Proposed Case Management Plan shall be filed by March 18, 2020.

**SO ORDERED.**

_____
Ona T. Wang      2/19/20
U.S. Magistrate Judge