# LEE LITIGATION GROUP, PLLC

148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

November 23, 2020

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Teran v. Nai Tapas Restaurant Corp., et al.*
Case No. 19-cv-10134

Dear Judge Wang:

We are counsel to Plaintiffs and submit this letter jointly with Defendants. Previously, we informed the Court by letter dated October 23, 2020 that the parties had reached a settlement in principle at the mediation, and requested 30 days to prepare the settlement documents and fairness submission (Dkt. No. 31).

The parties are still in the process of finalizing the settlement documents, and respectfully request a two-week extension of the date by which to file the fairness submission, to December 7, 2020. This is the first request for an extension.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

> Application granted. Also by Dec. 7, 2020 parties shall advise the Court whether they consent to magistrate judge jurisdiction for all purposes. If parties consent, parties shall sign and file the form available at https://www.nysd.uscourts.gov/hon-ona-t-wang. SO ORDERED.
>
> _____
> Ona T. Wang   Nov. 30, 2020
> U.S.M.J.