# Lee Litigation Group, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct: (212) 661-1008
anne@leelitigation.com

April 8, 2021

**VIA ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St,
New York, NY 10007

      Re:    *Teran et al v. Nai Tapas Restaurant Corp. et al*
              Case No.: 1:19-cv-10134

Dear Judge Wang:

      In response to the Court's Order at Dkt. 39 denying fairness approval, the parties submit the attached revised Settlement Agreement, which does not contain a non-disparagement provision.

      For the reasons stated in our initial fairness submission, we respectfully request the court approve the Revised Settlement Agreement attached as **Exhibit A** and So Order the Stipulation and Order of Dismissal attached to **Exhibit A**.

Respectfully submitted,

  */s/ Anne Seelig*
Anne Seelig, Esq.

Encl.

cc: Adam C. Weiss, Esq. (via ECF)